**No. 56665.**—Dangkai Trading Co. *v.* United States, protests 172698–K and 180117–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56666.**—Chong Lung Co. et al. *v.* United States, protests 174259–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56667.**—B. B. Dorf & Co., Inc. *v.* United States, protest 693836–G (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56668.**—W. A. Cleary Corp. and W. R. Keating & Co., Inc. *v.* United States, protests 27225–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of lecithin similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiffs was sustained.